IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DAVID WILSON                                              PLAINTIFF

v.                       CASE NO. 5:21-CV-5233

SHERIFF HOLLOWAY,
Benton County, Arkansas;
CORPORAL BENJAMIN VINSON, JR.;
DEPUTY BRIDENSTINE; DEPUTY KOEHLER;
DEPUTY JORDAN; DEPUTY CAMERON STAGGS;
DEPUTY BOOKOUT; DEPUTY WILKINS;
AND JOHN OR JANE DOE, Supervisors
and or Deputies                                                 DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 5) from United States Magistrate Judge Christy D. Comstock. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to obey a Court Order and failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this March 4, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE